STATE OF NEW JERSEY v. MARGARET COX.

May 16, 1984.

Petition for certification denied.

STATE OF NEW JERSEY v. MARY ANN HICKEY.

May 16, 1984.

Petition for certification denied.

JAMES FISCHER v. JOHNS–MANVILLE CORPORATION.

May 16, 1984.

Petition for certification granted.   (See 193 *N.J.Super.* 113)

JAMES FISCHER v. BELL ASBESTOS MINES, LTD.

May 16, 1984.

Petition for certification granted.   (See 193 *N.J.Super.* 113)

MARILYN J. FUNK v. STURWOOD HAMLET ASSOCIATES.

May 16, 1984.

Petition for certification denied.